In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of FRANK L. NUGENT, Deceased, Respondent; FRANK L. NUGENT et al., Appellants.

Argued January 5, 1939; decided February 21, 1939.

*Carl John Herkert* for appellants.

*Joseph V. McKee, William T. Griffin* and *Gilbert Lazerus* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.